IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr385-MHT |
| | ) | (WO) |
| CURTIS JURVISKY JULIUS | ) | |

ORDER

It is ORDERED that defendant Curtis Jurvisky Julius's "Motion for Clarification of the Denial of Motion for Compassionate Release" (doc. no. 136), which the court construes as a motion for reconsideration of the court's order denying him compassionate release (doc. no. 135), is denied.  Having considered the arguments in the motion, and even assuming the truth of Julius's contentions that he is obese and eligible for transfer to a lower security prison, the court remains unconvinced that a sentence reduction is warranted for the reasons set forth in the original opinion.

DONE, this the 15th day of January, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE