IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.  ) | 2:17cr385-MHT |
| ) | (WO) |
| CURTIS JURVISKY JULIUS ) | |

### ORDER

It is ORDERED that defendant Curtis Jurvisky Julius's motion for appointment of counsel (Doc. 138), which he seeks to assist him with his second motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), is denied.

There is no constitutional right to counsel in postconviction proceedings. *See Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987) ("[T]he right to appointed counsel extends to the first appeal of right, and no further."). The Eleventh Circuit has held that there is no statutory right to counsel on motions for sentence reduction under a similar statute, 18 U.S.C. § 3582(c)(2). *See United States v. Webb*, 565 F.3d 789, 794 (11th Cir. 2009). The court sees no reason for a

different conclusion here.  In addition, Julius has already litigated a motion for compassionate release before this court and was able to litigate the motion adequately on his own.

DONE, this the 28th day of January, 2022.

                                  /s/ Myron H. Thompson  
                             **UNITED STATES DISTRICT JUDGE**