IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:17cr385-MHT
                            )             (WO)
CURTIS JURVISKY JULIUS      )
```

**ORDER**

This case is before the court on defendant Curtis Jurvisky Julius's second motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). The motion is based on his having developed or been diagnosed with insulin-dependent diabetes since his incarceration and the higher risk of serious complications he faces in the prison environment. The court previously denied an earlier motion for compassionate release (Doc. 114), in which Julius raised very similar grounds, plus his family's needs. *See* Opinion and Order (Doc. 135), 2020 WL 5647821 (M.D. Ala. Sept. 22, 2020).

The court denied the earlier motion for two main reasons. First, the court found that the balance of

the factors in 18 U.S.C. § 3553(a), which the court must consider when deciding a motion under § 3582(c)(1)(A), strongly weighed against granting him a sentence reduction, because of his lengthy history of violent offenses and multiple serious violations of supervision; and, second, the court could not find that "the defendant is not a danger to the safety of any other person or to the community, as provided in 18 U.S.C. § 3142(g)," U.S. Sentencing Commission, 2018 Guidelines Manual, § 1B1.13(2), as required to grant his motion.  The court sees no reason to change these conclusions.  Therefore, rather than explain them in full again, the court adopts the reasoning on these issues set forth in its prior opinion.  *See* Opinion and Order (Doc. 135) at 7-11, 2020 WL 5647821.  As a result, the court must deny Julius's request for compassionate release.

****

3

Accordingly, it is ORDERED that defendant Curtis Jurvisky Julius's motion for compassionate release (Doc. 138) is denied.

DONE, this the 28th day of January, 2022.

                                   /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**