IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr385-MHT |
| | ) | (WO) |
| CURTIS JURVISKY JULIUS | ) | |

## ORDER

It is ORDERED that defendant Curtis Jurvisky Julius's motion to expedite (Doc. 141) consideration of his motion for compassionate release is denied because defendant Julius does not have a pending motion for compassionate release, and his two prior motions for compassionate release were denied.  *See* Orders (Doc. 135 & Doc. 140).

DONE, this the 18th day of October, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE